# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | ED CV 19-1025-FMO (DFM) | Date: | October 8, 2019 |
|---|---|---|---|
| Title | Raymond Thomas Garcia Jr. et al. v. San Bernardino County Dept. et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | Court Reporter |
| Deputy Clerk | Not Present |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause**

On August 15, 2019, the Court dismissed the Complaint with leave to amend and ordered Plaintiff to file an amended complaint within twenty-eight (28) days. Plaintiff did not do so.

**Accordingly, within twenty-one (21) days of the date of this order, Plaintiff is ORDERED to either file an amended complaint or show good cause in writing why the Court should not dismiss this action for failure to prosecute. Plaintiff is expressly warned that if he fails to file a timely response to this Order, the Court may recommend dismissal of this action for lack of prosecution.**