# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAYMOND THOMAS GARCIA JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN BERNARDINO COUNTY DEPARTMENT OF CHILD PROTECTION SERVICES et al., <br><br> Defendants. | No. ED CV 19-01025-FMO (DFM) <br><br> ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the assigned United States Magistrate Judge. No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

Date: January 8, 2020

_____/s/_____
FERNANDO M. OLGUIN
United States District Judge