# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| RAYMOND THOMAS GARCIA JR. et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAN BERNARDINO COUNTY DEPARTMENT OF CHILD PROTECTION SERVICES et al., <br><br> Defendants. | No. ED CV 19-01025-FMO (DFM) <br><br> JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed without prejudice for failure to prosecute.

Date: January 8, 2020        _____/s/_____
                             FERNANDO M. OLGUIN
                             United States District Judge